PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Elizabeth Idada Falodun**

**Docket No. 0:01CR00380-011(ADM)**

**Petition on Supervised Release**

COMES NOW **Melissa L. Perez**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Elizabeth Idada Falodun** who was sentenced for Conspiracy, Bank Fraud, and Access Device Fraud on February 5, 2003, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Psychological/psychiatric counseling/treatment
- No new credit
- Cooperate with Immigration Service
- Pay restitution in the amount of $1,199,585.71

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Ms. Falodun has not secured employment to date. This officer instructed her to complete the "Workin' It Out" employment program run by the U.S. Probation Office. On July 11, 2008, this officer was notified that Ms. Falodun was terminated from the program after repeatedly sleeping in class. Ms. Falodun takes numerous medications and stated that they make her very sleepy.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

SCANNED
JUL 22 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 21 day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
Senior U.S. Probation Officer
Telephone: 651-848-1243

Executed on July 16, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission