Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Elizabeth Idada Falodun

Docket No. 0:01CR00380-011

**HEARING WAIVER**

I, Elizabeth Idada Falodun, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: ____________________ Witness: ____________________

Elizabeth Idada Falodun

Dated: 7-14-08

SCANNED
JUL 22 2008
U.S. DISTRICT COURT MPLS